# EXHIBIT 1: Original Petition

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JUN 2 3 2021

RICK WARREN
COURT CLERK

95 _____

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| TERESA HUGHEY, an individual, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CJ-2021-2711 |
| ALDI, INC., | ) |
| Defendant. | ) |

### PETITION

1. On June 25, 2019, in Oklahoma City, Oklahoma County, Oklahoma, Plaintiff was injured when she slipped and fell while a business invitee on Defendant's property located at 6965 NW Expressway, Oklahoma City, OK, 73132, Store #11.

2. The fall occurred due to Defendant's negligence and as a result of Defendant's negligence, Plaintiff has incurred and will incur medical bills, suffered and will suffer pain and is permanently disabled.

WHEREFORE, Plaintiff prays judgment against Defendant in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code, costs, fees, interest and all other appropriate relief.

_____
Eric Urbach, OBA#18863
URBACH LAW FIRM
PO Box 6482
Edmond, OK 73083
405-216-3404
405-437-2521 fax
eric@ericurbach.com
*Attorney for Plaintiff*

Attorney Lien Claimed